UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-126-RHW-18 |
| Plaintiff, ) | |
| ) | ORDER GRANTING IN PART |
| v. ) | DEFENDANT'S MOTION AND |
| ) | MODIFYING CONDITIONS OF |
| TODD STAMPS, ) | RELEASE |
| ) | |
| Defendant. ) | |

At the September 28, 2005, hearing on Defendant's Motion to modify (Ct. Rec. 247), Defendant appeared with counsel Dennis Lewellen; Assistant U.S. Attorney Russell Smoot represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds Defendant has been compliant with conditions of release.

The Defendant's Motion **(Ct. Rec. 247, CR-05-126-RHW-18)** is **GRANTED in part**. The Order Setting Conditions of Release is **MODIFIED** to the limited extent that Defendant shall no longer be subject to electronic monitoring. However, Defendant shall comply with a curfew of **7:00 p.m. to 7:00 a.m.**

All other conditions of Judge Leavitt's Order filed February

ORDER GRANTING IN PART DEFENDANT'S MOTION AND
MODIFYING CONDITIONS OF RELEASE - 1

1  22, 2005, remain and shall constitute the additional conditions of
2  Defendant's release.
3  **IT IS SO ORDERED**.
4  DATED September 29, 2005.

```
                          S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING IN PART DEFENDANT'S MOTION AND
MODIFYING CONDITIONS OF RELEASE - 2