PROB 12C
(7/93)

Report Date: May 31, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd Stamps                Case Number: 2:05CR00126-018

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 3/23/2006

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) | | |
| Original Sentence: | Prison - 84 Months<br>TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | 9/23/2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | 9/22/2015 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The undersigned officer was contacted by the Spokane Police Department and advised that Todd Stamps was arrested on the night of May 30, 2013, for first degree burglary (DV). The alleged victim of the matter is the defendant's ex-wife and codefendant, Serena Dunn, and her current boyfriend. It is reported that Mr. Stamps initially went to the residence of his ex-wife to drop-off their child in common. After leaving the residence, he returned and made entry without permission. While in the residence, he assaulted Ms. Dunn and her boyfriend. He was booked into jail for First Degree Burglary, in violation of RCW 9A.52.020(1)(B)DV, a class A felony. |

Prob12C
Re: Stamps, Todd
May 31, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/31/2013

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/31/2013
Date